FILED
CLERK, U.S. DISTRICT COURT

APR 1 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMIEN DAMOND STEVENSON, | Case No. CV 08-03013 DOC (AN) |
| Petitioner, | |
| v. | ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| A. HEDGPETH, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

1.  Petitioner's Objections are overruled because the Court finds Petitioner's underlying arguments are conclusory or otherwise fail to refute the findings and conclusions set forth in the R&R.

2.  The R&R is approved and adopted.

3.  Judgment shall be entered denying the Petition and dismissing this action with prejudice.

4.  Any and all outstanding motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: April 19, 2010

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE