ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMIEN DAMOND STEVENSON, | Case No. CV 08-03013 DOC (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| A. HEDGPETH, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: April 19, 2010

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 20 2010
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY